FILED

# United States District Court

AUG 3 2006

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

ANTHONY SANFORD

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:06mj78-W

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 31, 2006__, in __Macon__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

possess a firearm in and affecting commerce, while being a convicted felon,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__. I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 3, 2006                                at           Montgomery, Alabama
Date                                                        City and State

Susan Russ Walker, U. S. Magistrate Judge              _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

## **AFFIDAVIT**

I, the undersigned affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. My name is Dwight Brown. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am presently assigned to the Montgomery, Alabama, Field Office. The Montgomery Field Office is one of several ATF offices supervised by the Nashville Field Division, which encompasses Alabama and Tennessee. The Montgomery Field Office's area of operation is the Middle Federal Judicial District of Alabama.

In 1989, I received a Bachelor of Science (B.S.) Degree from West Georgia College in Carrollton, GA. My major area of study was Criminal Justice. I am a graduate of the Federal Law Enforcement Training Center and a distinguished graduate of the ATF National Academy. I have been a Special Agent with ATF since June 2001. Prior to my being a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, I was a Deputy Sheriff for the Rockdale County Sheriff's Department in Conyers, GA for 10 1/2 years. From my training and experience, I know that it is a violation of federal law for a felon to possess a firearm. Felons are prohibited from possessing firearms pursuant to Title 18, United States Code, Section 922(g)(1).

On July 31, 2006, your affiant assisted the Tuskegee Police Department and the Alabama State Trooper's Special Response Team as they executed a state search warrant on 251 Willie J. Harris Drive in Tuskegee, Alabama, the residence of Anthony SANFORD. At

the time the search warrant was executed, SANFORD was wanted by the Tuskegee Police Department and the Macon County Sheriff's Department for Kidnapping 1St Degree, Assault 1St Degree and Shooting into an Occupied Dwelling. SANFORD is described as a black male, date of birth 7-12-80. When the search warrant was executed, Anthony SANFORD was not at the location. Nevertheless, his mother Jackie Sanford informed law enforcement that Anthony SANFORD was living in an abandoned house located at 448 Halfway Road, Tuskegee, Alabama.

After locating 448 Halfway Road, Tuskegee, Alabama, the Alabama State Troopers Special Response Team entered the abandoned house to execute SANFORD's outstanding state arrest warrants. Once entry was made, Darlene Moore was found hiding in the attic of the abandoned house. Moore stated that she was SANFORD's girlfriend and SANFORD was also hiding in the attic. Moore stated that SANFORD possessed a .38 caliber firearm and a bullet proof vest. Moore appeared to have several injuries on her body and admitted that the injuries were caused by SANFORD. Moore also stated that SANFORD had been holding her against her will for about two weeks. Medical personnel were called to the scene and Moore was taken to East Alabama Hospital to receive medical attention for her injuries.

Based upon Moore's credible information, and suspicion SANFORD was still hiding in the attic, the Special Response Team shot tear gas into the abandoned house. Despite the tear gas, SANFORD refused to exit the abandoned house and surrender. Subsequently, law enforcement entered the abandoned house to secure SANFORD. Despite repeated

commands, SANFORD refused to surrender. Ultimately, SANFORD was found hiding behind a wall in the attic. Law enforcement had to forcibly remove SANFORD from behind the attic wall.

Once SANFORD was taken into custody, a loaded Davis Industries, Model D38 Derringer pistol, serial number D125554, and 12 rounds of .38 caliber ammunition were found in his left front pants pocket. Five additional rounds of .38 caliber ammunition were recovered from his left rear pants pocket. Law enforcement also recovered a bullet proof vest. The firearm and the vest were recovered in the attic in close proximity to each other.

The National Crime Information Center does not currently show SANFORD's previous felony conviction. However, the Macon County District Clerk's Office has provided your affiant with a certified copy of SANFORD's March 27, 2003, conviction for Escape 3rd Degree. Escape 3rd Degree is a felony offense under Alabama law and is also a federal crime of violence. See attachment "A". *[initials]*

On this same date, Detective Daniel Motley of the Tuskegee Police Department and your affiant interviewed Darlene Moore at the East Alabama Medical Center. Moore stated that she has known SANFORD for about three years. Moore stated that she has been dating SANFORD for approximately one month. She stated that during this time, SANFORD beat her on several occasions. Moore stated that SANFORD had assaulted her with a hammer resulting in broken fingers and bruised knees. Moore also stated that

SANFORD had assaulted her with a stick leaving several bruises on her back. Moore also stated that SANFORD had assaulted her with a firearm by striking her in the mouth and knocking out her teeth.

On this same date, Detective Motley and your affiant interviewed SANFORD at the Macon County Detention Center. After SANFORD was read his Miranda Warning, he stated that he understood his rights and was willing to make a statement to law enforcement. During the interview, SANFORD admitted to having the above listed firearm and bullet proof vest. However, SANFORD stated that the firearm and bullet proof vest did not belong to him.

Based upon your affiant's investigation of Anthony SANFORD, there is probable cause to believe that Anthony SANFORD has violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. As such, your affiant respectfully requests that an arrest warrant be issued for Anthony SANFORD.

_____
Dwight Brown, Affiant
Special Agent, ATF

Sworn to and subscribed by
me this ___ day of August, 2006

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

```
OPER: JAM                    CASE ACTION SUMMARY              RUN DATE: 09/19/2002
PAGE:  1                      CIRCUIT  CRIMINAL
                                                                JUDGE: XXX
IN THE CIRCUIT COURT OF  MACON

STATE  OF  ALABAMA                    VS    SANFORD ANTHONY
                                            115 ALMOND ROAD
CASE: CC 2002 000074.00                     TUSKEGEE, AL
                                            TUSKEGEE, AL 36083 0000

DOB: 07/12/1980        SEX: M  RACE: B  HT: 5 05  WT: 150   HR: BLK  EYES: BRO
SSN: 420085559   ALIAS NAMES:

CHARGE01: ESCAPE 3RD DEGREE    CODE01: ESC3  LIT: ESCAPE 3RD DEG TYP: F #: 001
OFFENSE DATE: 01/11/2002              AGENCY/OFFICER: 046015J PETERSO

DATE WAR/CAP ISS:                     DATE ARRESTED: 09/12/2002
DATE     INDICTED: 08/23/2002         DATE    FILED: 09/19/2002
DATE    RELEASED: 09/12/2002          DATE  HEARING:
     BOND AMOUNT:      $5,000.00          SURETIES:

DATE 1: 09/30/2002  DESC: ARRG          TIME: 0900 A
DATE 2:             DESC:               TIME: 0000

TRACKING NOS:                /                         /

   DEF/ATY: SMITH SYLVESTER S SR        TYPE: A                         TYPE:
            P O BOX 9582
                                                                        00000
            MONTGOMERY     AL 36108

PROSECUTOR:

========================================================================
TH CSE:   00000000000  CHK/TICKET NO:              GRAND JURY: 2
COURT REPORTER:                   SID NO:   00000000
DEF STATUS: BOND                  DEMAND:                       OPER: JAM
                                                                        OPE
    TRANS DATE    |  ACTIONS, JUDGEMENTS, AND NOTES
    09/19/2002    | ASSIGNED TO: (XXX)                           (AR01)  JAM
    09/19/2002    | DEFENDANT INDICTED ON: 08/23/2002            (AR01)  JAM
    09/19/2002    | DEFENDANT ARRESTED ON: 09/12/2002            (AR01)  JAM
    09/19/2002    | ATTORNEY FOR DEFENDANT: SMITH SYLVESTER S SR(AR01)  JAM
    09/19/2002    | BOND SET AT: $5000.00                        (AR01)  JAM
    09/19/2002    | CHARGE 01: ESCAPE 3RD DEGREE/#CNTS: 001      (AR01)  JAM
    09/19/2002    | FILED ON: 09/19/2002                         (AR01)  JAM
    09/19/2002    | DEFENDANT RELEASED FROM JAIL: 09/12/2002     (AR01)  JAM
    09/19/2002    | INITIAL STATUS SET TO: "B" - BOND            (AR01)  JAM
    09/19/2002    | SET FOR: ARRAIGNMENT ON 09/30/2002 AT 0900A  (AR10)  JAM
    09/19/2002    | CASE ACTION SUMMARY PRINTED                  (AR08)  JAM
    09/19/2002    | FEE SHEET PRINTED                            (AR08)  JAM
    09/19/2002    | CAS ATTACHMENT PRINTED                       (AR08)  JAM
```

9/30/02 — Plea of Not Guilty & Waiver of Arraignment

10/31/02 — CASE CONTINUED TO NEXT TERM OF COURT /s/ JB

3/27/03 — Explanation of Rights and Plea of Guilty

```
                        CASE ACTION SUMMARY                CASE: CC 2002 000074.00
                           CONTINUATION                    JUDGE ID:   XXX
```
| STATE OF ALABAMA | VS | SANFORD ANTHONY |
|---|---|---|

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 3/27/03 | Sentencing Order |
| 5/12/03 | Protation Order |

State of Alabama v. **Anthony Sanford**
Case No. CC-**02**-**07**-___

The Court considered the application of the Defendant for probation. The Court took into consideration all evidence presented, including any report submitted by the Probation Officer. Based upon the matters presented before the Court, IT IS ORDERED as follows:

[ ] Defendant's application for probation is denied.

[X] Defendant's application for probation is granted. The Defendant shall be placed on (supervised)(~~unsupervised~~) probation for a period of **2 years**.

[ ] The Defendant's sentence shall be split with the Defendant serving _____. Following release, the Defendant shall be placed on (supervised)(unsupervised) probation for a period of _____.

[ ] The Defendant shall attend and successfully complete the Substance Abuse Program through the Department of Corrections prior to (his/her) release.

[X] Defendant shall report to the Court Referral Office and successfully complete all programs as directed.

[ ] Defendant shall perform _____ hours of Community Service with _____. Said community service shall be completed _____.

[ ] The Defendant is specifically Ordered to refrain from any consumption of alcoholic beverages during the duration of (his/her) probation period.

[X] Other conditions of probation are: **Defendant shall obtain his GED while on probation**

**5/12/03**
Date

_____
Circuit Judge

State of Alabama v. _____
Case No. CC-___02___-___07___-___

On __3/27/03__, the Defendant appeared in open Court with counsel and made known (his/her) desire to plead guilty to the charges pending. The Court received a written Plea Agreement signed by the Defendant, Defendant's attorney, and the Prosecutor. The Court conducted a full colloquy advising the Defendant of (his/her) constitutional rights, the charges against (him/her) and the facts surrounding (his/her) case prior to accepting the guilty plea. The Court ascertained from the Defendant that there are sufficient facts on which to base the plea of guilty. The Defendant entered a plea of guilty to the charge(s) of __Escape 3rd__ and further, (he/she) waived (his/her) right to appeal the guilty plea. The Court's Official Court Reporter recorded the entire proceeding. Based on the guilty plea, this Court finds the Defendant guilty of the above-mentioned charges and the Defendant having had an opportunity to speak, it is the Court's Order that (he/she) be and hereby is sentenced to:

[X] The penitentiary of the State of Alabama for a term of __2 YRS__
  to run ( ) concurrently, (X) consecutively, ( ) as an Habitual Offender.
[ ] The _____ County Jail for a term of _____
  to run ( ) concurrently ( ) consecutively.
[ ] The custody of the Director of the Department of Corrections of this State as an Youthful Offender for a term of _____ to run ( ) concurrently, ( ) consecutively.
[ ] The Defendant's sentence shall be split with the Defendant serving _____ Following release, the Defendant shall be placed on (supervised)(unsupervised) probation for a period of _____.
[ ] The Defendant's sentence is hereby suspended for a period of _____.
[X] Defendant shall receive credit for any time served since the date of arrest in connection with this matter to which (he/she) may be legally entitled.
[X] Defendant shall pay the costs of court, which shall include the cost of (his/her) legally appointed attorney.
[X] Defendant shall reimburse the County for any medical or dental expenses incurred while an inmate in connection with this case.
[X] Defendant shall pay a Victim's Compensation Fund Award of $ __50.00__.
[ ] Defendant shall pay a fine of $1000.00 pursuant to Section 13A-12-281.
[ ] Defendant shall pay a fine of $2000.00 pursuant to Section 13A-12-282.
[ ] Defendant shall pay $100.00 to the Forensic Sciences Drug Trust Fund.
[ ] Defendant shall pay $250.00 to the Alabama Head Injury Foundation Fund.
[ ] Defendant shall pay $100.00 to the Alabama Chemical Testing Training and Equipment Trust Fund
[ ] Defendant shall pay a fine of $_____.
[ ] Defendant shall pay restitution as follows: _____
[ ] Defendant shall report to the Court Referral Office and successfully complete all programs as directed.
[ ] Defendant shall perform _____ hours of Community Service with _____ Said community service shall be completed _____
[X] Other conditions of sentence are: __Defendant shall successfully complete a GED course and obtain his GED certificate__
[ ] Any items seized in connection with this case are to be condemned and forfeited to the investigating agency for proper disposal or destruction.

[ ] Defendant's bond    ( ) shall continue as previously set
                        ( ) is set at $_____ pending (his/her) application for probation.
[X] The Defendant's (application for probation)(restitution hearing) is set for __5/12/03 at 9AM__
    The Defendant was instructed in open Court to return for the hearing at that time.
[ ] Defendant waived (his/her) right to make application for probation.

__3/27/03__
Date

_____
Circuit Judge