FILED
AUG 1 5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __3:06CR199-MEF__ |
| | ) | [18 USC 922(g)(1)] |
| ANTHONY SANFORD | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 31st day of July 2005, in Macon County, Alabama, within the Middle District of Alabama,

ANTHONY SANFORD,

defendant herein, having been convicted on or about the date set forth below of the offense set forth below, a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| March 27, 2003 | Circuit Court of Macon County, Alabama | CC-2002-0074 | Escape Third Degree |

did knowingly possess, in and affecting commerce, a Davis Industries, Model D38 Derringer pistol, serial number D125554. All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

ANTHONY SANFORD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Davis Industries, Model D38 Derringer pistol, serial number D125554.**

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*Janice David Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*John T. H.*
JOHN T. HARMON
Assistant United States Attorney

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney