

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment-ANTHONY SANFORD Sentencing Guidelines Case | August 15, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court | Tommie Brown Hardwick Assistant U.S. Attorney |

Please issue an arrest warrant for the following individual who was indicted at the August 15, 2006, Grand Jury:

ANTHONY SANFORD

LIMITS OF PUNISHMENT
COUNT 1
NMT $250,000 fine or twice
gross loss to victim or
twice gross gain to defendant,
whichever is greatest;
NLT 15Y NMT Life, B;
NMT 5Y SUP REL;
$100 Assessment Fee;
VWPA

Trial days: 1