AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

ANTHONY SANFORD

**WARRANT FOR ARREST**

Case Number:   3:06CR199-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    _____ANTHONY SANFORD_____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Unlawful Transport of Firearms

in violation of Title _____18:_____ United States Code, Section(s) _____922(g)(1)_____

DEBRA P. HACKETT
Name of Issuing Officer

*/s/ Nell Gregg*
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

AUGUST 16, 2006,   MONTGOMERY ALABAMA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |