# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

RECEIVED
2006 AUG -3 P 12: 29

UNITED STATES OF AMERICA

v.

ANTHONY SANFORD

**WARRANT FOR ARREST**

CASE NUMBER: 3:06mj78-W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Anthony Sanford_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

possessing a firearm in and affecting commerce, while being a convicted felon,

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

SUSAN RUSS WALKER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

August 3, 2006   Montgomery, Alabama
Date and Location

RETURNED AND FILED
AUG 18 2006

(By) Deputy Clerk

Bail fixed at $_____ by_____
                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest

Replaced by indictment warrant. 8-16-06 [signature]

RETURNED UNEXECUTED