IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.   3:06cr199-MEF |
| ) | |
| ANTHONY SANFORD ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed June 25, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to St. Clair Correctional Facility, Springville, Alabama, commanding them to deliver ANTHONY SANFORD to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on August 13, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

Done this 26th day of June, 2008.

                                    /s/Charles S. Coody
                                CHARLES S. COODY
                                UNITED STATES MAGISTRATE JUDGE