IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:06-cr-199-MEF |
| ) | |
| ANTHONY SANFORD ) | |

## **O R D E R**

On June 2, 2009, the Magistrate Judge filed a Recommendation (Doc. #47) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's motions to suppress (Doc. #15) and (Doc. # 30) are DENIED.

DONE this the 23rd day of July, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE