IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-199-MEF |
| | ) | (WO) |
| ANTHONY SANFORD | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing (Doc. #64) filed on December 4, 2009, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for December 15, 2009 is continued to January 21, 2010 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 10th day of December, 2009.

                                             /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE